**Fill in this information to identify the case:**

Debtor name: The Straus Family Limited Partnership

United States Bankruptcy Court for the: Northern District of Georgia (State)

Case number (If known): 16-59430-CRM

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**    Current value of debtor's interest

2. Cash on hand    $ 0.00

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1. Bishop, Rosen & Co. | Brokerage | 0 8 8 4 | $ 810,169.63 |
   | 3.2. Regions Bank | Savings | 7 0 7 2 | $ 42,600.80 |

4. Other cash equivalents *(Identify all)*

   4.1. _____    $ 0.00
   4.2. _____    $ _____

5. **Total of Part 1**    $ 852,770.43
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and prepayments

6. Does the debtor have any deposits or prepayments?

   ☒ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

   Current value of debtor's interest

7. Deposits, including security deposits and utility deposits

   Description, including name of holder of deposit
   7.1. _____    $ _____
   7.2. _____    $ _____

Official Form 206A/B    Schedule A/B: Assets — Real and Personal Property    page 1

Debtor  The Straus Family Limited Partnership           Case number (if known) 16-59430-CRM
        Name

---

### 8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent

Description, including name of holder of prepayment

8.1. _____ $_____

8.2. _____ $_____

### 9. Total of Part 2.
Add lines 7 through 8. Copy the total to line 81.                               $_____

---

## Part 3: Accounts receivable

### 10. Does the debtor have any accounts receivable?
☒ No. Go to Part 4.
☐ Yes. Fill in the information below.

                                                                    **Current value of debtor's interest**

### 11. Accounts receivable

11a. 90 days old or less:  _____ − _____ = ........→  $_____
                            face amount           doubtful or uncollectible accounts

11b. Over 90 days old:     _____ − _____ = ........→  $_____
                            face amount           doubtful or uncollectible accounts

### 12. Total of Part 3
Current value on lines 11a + 11b = line 12. Copy the total to line 82.          $ 0.00

---

## Part 4: Investments

### 13. Does the debtor own any investments?
☒ No. Go to Part 5.
☐ Yes. Fill in the information below.

                                                **Valuation method**            **Current value of debtor's**
                                                **used for current value**      **interest**

### 14. Mutual funds or publicly traded stocks not included in Part 1

Name of fund or stock:

14.1. _____  _____  $_____
14.2. _____  _____  $_____

### 15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture

Name of entity:                                     % of ownership:

15.1. _____  _____%  _____  $_____
15.2. _____  _____%  _____  $_____

### 16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1

Describe:

16.1. _____  _____  $_____
16.2. _____  _____  $_____

### 17. Total of Part 4
Add lines 14 through 16. Copy the total to line 83.                             $ 0.00

---

Official Form 206A/B         Schedule A/B: Assets — Real and Personal Property          page 2

Debtor __The Straus Family Limited Partnership__   Case number (if known) __16-59430-CRM__
          Name

## Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**
☒ No. Go to Part 6.
☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |

**23. Total of Part 5**                                                                                     $ **0.00**
Add lines 19 through 22. Copy the total to line 84.

**24. Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____ Valuation method _____ Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
☒ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| **29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

Debtor   The Straus Family Limited Partnership   Case number (if known) 16-59430-CRM
         Name

33. **Total of Part 6.**
    Add lines 28 through 32. Copy the total to line 85.                                $ 0.00

34. **Is the debtor a member of an agricultural cooperative?**
    ☐ No
    ☐ Yes. Is any of the debtor's property stored at the cooperative?
       ☐ No
       ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
    ☐ No
    ☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
    ☐ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

**Part 7:** **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
    ☒ No. Go to Part 8.
    ☐ Yes. Fill in the information below.

    | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|---|
    | 39. Office furniture | $_____ | _____ | $_____ |
    | 40. Office fixtures | $_____ | _____ | $_____ |
    | 41. Office equipment, including all computer equipment and communication systems equipment and software | $_____ | _____ | $_____ |

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

    | | | | |
    |---|---|---|---|
    | 42.1 _____ | $_____ | _____ | $_____ |
    | 42.2 _____ | $_____ | _____ | $_____ |
    | 42.3 _____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**
    Add lines 39 through 42. Copy the total to line 86.                                $ 0.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☐ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

Official Form 206A/B           Schedule A/B: Assets — Real and Personal Property           page 4

Debtor    The Straus Family Limited Partnership    Case number (if known) 16-59430-CRM
         Name

## Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**
- ☒ No. Go to Part 9.
- ☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 _____ | $ _____ | _____ | $ _____ |
| 47.2 _____ | $ _____ | _____ | $ _____ |
| 47.3 _____ | $ _____ | _____ | $ _____ |
| 47.4 _____ | $ _____ | _____ | $ _____ |

**48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 _____ | $ _____ | _____ | $ _____ |
| 48.2 _____ | $ _____ | _____ | $ _____ |

**49. Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 _____ | $ _____ | _____ | $ _____ |
| 49.2 _____ | $ _____ | _____ | $ _____ |

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

_____ $ _____ _____ $ _____

**51. Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.    $ 0.00

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
- ☐ No
- ☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

Official Form 206A/B         Schedule A/B: Assets — Real and Personal Property         page 5

Debtor  **The Straus Family Limited Partnership**    Case number (if known) **16-59430-CRM**
        Name

## Part 9: Real property

54. Does the debtor own or lease any real property?
    - ☒ No. Go to Part 10.
    - ☐ Yes. Fill in the information below.

55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

    | Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|---|---|
    | 55.1 _____ | _____ | $_____ | _____ | $_____ |
    | 55.2 _____ | _____ | $_____ | _____ | $_____ |
    | 55.3 _____ | _____ | $_____ | _____ | $_____ |
    | 55.4 _____ | _____ | $_____ | _____ | $_____ |
    | 55.5 _____ | _____ | $_____ | _____ | $_____ |
    | 55.6 _____ | _____ | $_____ | _____ | $_____ |

56. Total of Part 9.                                                                                          $ **0.00**
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57. Is a depreciation schedule available for any of the property listed in Part 9?
    - ☐ No
    - ☐ Yes

58. Has any of the property listed in Part 9 been appraised by a professional within the last year?
    - ☐ No
    - ☐ Yes

## Part 10: Intangibles and intellectual property

59. Does the debtor have any interests in intangibles or intellectual property?
    - ☒ No. Go to Part 11.
    - ☐ Yes. Fill in the information below.

    | General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|---|
    | 60. Patents, copyrights, trademarks, and trade secrets<br>_____ | $_____ | _____ | $_____ |
    | 61. Internet domain names and websites<br>_____ | $_____ | _____ | $_____ |
    | 62. Licenses, franchises, and royalties<br>_____ | $_____ | _____ | $_____ |
    | 63. Customer lists, mailing lists, or other compilations<br>_____ | $_____ | _____ | $_____ |
    | 64. Other intangibles, or intellectual property<br>_____ | $_____ | _____ | $_____ |
    | 65. Goodwill<br>_____ | $_____ | _____ | $_____ |

66. Total of Part 10.                                                                                         $ **0.00**
    Add lines 60 through 65. Copy the total to line 89.

Debtor **The Straus Family Limited Partnership**
Name

Case number (if known) **16-59430-CRM**

---

**67. Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**
- ☒ No
- ☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ☒ No
- ☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- ☒ No
- ☐ Yes

### Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.
- ☒ No. Go to Part 12.
- ☐ Yes. Fill in the information below.

Current value of debtor's interest

**71. Notes receivable**
Description (include name of obligor)
_____ − _____ = → $ _____
Total face amount        doubtful or uncollectible amount

**72. Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)
Tax year _____  $ _____
Tax year _____  $ _____
Tax year _____  $ _____

**73. Interests in insurance policies or annuities**
$ _____

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**
$ _____
Nature of claim  _____
Amount requested  $ _____

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
$ _____
Nature of claim  _____
Amount requested  $ _____

**76. Trusts, equitable or future interests in property**
$ _____

**77. Other property of any kind not already listed** Examples: Season tickets, country club membership
$ _____
$ _____

**78. Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.
$ **0.00**

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

Official Form 206A/B   Schedule A/B: Assets — Real and Personal Property   page 7

Debtor __The Straus Family Limited Partnership__    Case number (if known) __16-59430-CRM__

# Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1.* | $ 852,770.43 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $ 0.00 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $ 0.00 | |
| 83. Investments. *Copy line 17, Part 4.* | $ 0.00 | |
| 84. Inventory. *Copy line 23, Part 5.* | $ 0.00 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $ 0.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $ 0.00 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $ 0.00 | |
| 88. Real property. *Copy line 56, Part 9.* → | | $ 0.00 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $ 0.00 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. Total. Add lines 80 through 90 for each column. ............ 91a. | $ 852,770.43 | + 91b. $ 0.00 |

92. Total of all property on Schedule A/B. Lines 91a + 91b = 92. .................................................................... $ 852,770.43

**Fill in this information to identify the case:**

Debtor name: The Straus Family Limited Partnership
United States Bankruptcy Court for the: Northern District of Georgia (State)
Case number (If known): 16-59430-CRM

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property        12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
   ☒ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:  List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1** Creditor's name _____
Describe debtor's property that is subject to a lien _____
$_____  $_____

Creditor's mailing address _____
_____
Describe the lien _____

Creditor's email address, if known _____
Is the creditor an insider or related party?
☐ No
☐ Yes

Date debt was incurred _____
Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2** Creditor's name _____
Describe debtor's property that is subject to a lien _____
$_____  $_____

Creditor's mailing address _____
_____
Describe the lien _____

Creditor's email address, if known _____
Is the creditor an insider or related party?
☐ No
☐ Yes

Date debt was incurred _____
Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $_____

Official Form 206D        Schedule D: Creditors Who Have Claims Secured by Property        page 1 of 1

**Fill in this information to identify the case:**

Debtor: The Straus Family Limited Partnership

United States Bankruptcy Court for the: Northern District of Georgia (State)

Case number (If known): 16-59430-CRM

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

**2.1** Priority creditor's name and mailing address
Georgia Department of Revenue
1800 Century Boulevard, NE - Suite 9100
Atlanta, Georgia  30345-3202

Date or dates debt was incurred: January 1, 2015 - Current

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

As of the petition filing date, the claim is: Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: Income Taxes

Is the claim subject to offset?
☒ No
☐ Yes

Total claim: $ Not known

Priority amount: $_____

**2.2** Priority creditor's name and mailing address
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA  19101-7346

Date or dates debt was incurred: January 1, 2015 - Current

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

As of the petition filing date, the claim is: $_____  Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: Income Taxes

Is the claim subject to offset?
☒ No
☐ Yes

Priority amount: $_____

**2.3** Priority creditor's name and mailing address
_____
_____
_____

Date or dates debt was incurred: _____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

As of the petition filing date, the claim is: $_____  Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

Priority amount: $_____

Debtor  The Straus Family Limited Partnership    Case number (if known) 16-59430-CRM

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**3.1** Nonpriority creditor's name and mailing address
Renasant Bank c/o Howick Westfall & Kaplan, LLP
3101 Towercreek Parkway - Suite 600
Atlanta, GA  30339

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Judgment

Amount of claim: $ 2,712,937.70

Is the claim subject to offset?
☐ No
☐ Yes

**3.2** Nonpriority creditor's name and mailing address
Dr. and Mrs. Barry N. Straus
12190 Charlotte Drive
Alpharetta, Georgia  30004

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Amount of claim: $ 57,283.90

Is the claim subject to offset?
☐ No
☐ Yes

**3.3** Nonpriority creditor's name and mailing address

**3.4** Nonpriority creditor's name and mailing address

**3.5** Nonpriority creditor's name and mailing address

**3.6** Nonpriority creditor's name and mailing address

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 2 of 3

Debtor    The Straus Family Limited Partnership    Case number (if known) 16-59430-CRM
         Name

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ Not known |
| 5b. Total claims from Part 2 | 5b. + | $ 2,770,221.60 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 2,770,221.60 |

**Fill in this information to identify the case:**

Debtor name __The Straus Family Limited Partnership__

United States Bankruptcy Court for the: __Northern__    District of __Georgia__ (State)

Case number (If known): __16-59430-CRM__    Chapter __7__

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases  12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?

   ☒ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. List all contracts and unexpired leases — State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Official Form 206G    Schedule G: Executory Contracts and Unexpired Leases    page 1 of __1__

Fill in this information to identify the case:

Debtor name: The Straus Family Limited Partnership

United States Bankruptcy Court for the: Northern District of Georgia (State)

Case number (If known): 16-59430-CRM

☐ Check if this is an amended filing

Official Form 206H
## Schedule H: Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. Does the debtor have any codebtors?
   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☒ Yes

2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name / Mailing address | | Name | Check all schedules that apply: |
| 2.1 Barry Straus | 12190 Charlotte Drive, Alpharetta, Georgia 30004 | Renasant Bank | ☐ D / ☒ E/F / ☐ G |
| 2.2 Denise Straus | 12190 Charlotte Drive, Alpharetta, Georgia 30004 | Renasant Bank | ☐ D / ☒ E/F / ☐ G |
| 2.3 | | | ☐ D / ☐ E/F / ☐ G |
| 2.4 | | | ☐ D / ☐ E/F / ☐ G |
| 2.5 | | | ☐ D / ☐ E/F / ☐ G |
| 2.6 | | | ☐ D / ☐ E/F / ☐ G |

Official Form 206H    Schedule H: Codebtors    page 1 of 1