| Case No.: | 16-59430 | | | Trustee Name: | Martha A. Miller |
|---|---|---|---|---|---|
| Case Name: | THE STRAUS FAMILY LIMITED PARTNERSHIP | | | Date Filed (f) or Converted (c): | 06/01/2016 (f) |
| For the Period Ending: | 06/30/2016 | | | §341(a) Meeting Date: | 07/11/2016 |
| | | | | Claims Bar Date: | 09/20/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |// 
| Ref. # | | | | | |
| 1  Regions Bank Savings 7072 | $42,600.80 | $42,600.80 | | $42,600.80 | FA |
| 2  Bishop, Rosen & Co Brokerage 0884 | $810,169.63 | $810,169.63 | | $811,259.63 | FA |

**TOTALS (Excluding unknown value)**                                           **Gross Value of Remaining Asset**
$852,770.43    $852,770.43        $853,860.43        $0.00

**Major Activities affecting case closing:**

07/21/2016    Trustee to take 2004 of Debtor - granted by Order at Doc 26
06/30/2016    Discovery investigation ongoing

Initial Projected Date Of Final Report (TFR):   06/01/2017    Current Projected Date Of Final Report (TFR):   06/01/2017    /s/ MARTHA A. MILLER
                                                                                                                            MARTHA A. MILLER

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1

| Case No. | 16-59430 | Trustee Name: | Martha A. Miller |
|---|---|---|---|
| Case Name: | THE STRAUS FAMILY LIMITED PARTNERSHIP | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***9014 | Checking Acct #: | ******9430 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 07/01/2015 | Blanket bond (per case limit): | $42,250,000.00 |
| For Period Ending: | 06/30/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/23/2016 | (2) | National Financial Services, LLC | Receipt of brokerage account proceeds in Bishop Rosen & Co., Inc. | 1129-000 | $811,259.63 | | $811,259.63 |
| 06/24/2016 | (1) | Regions Bank | Turnover of Checking Account ending 7072 | 1129-000 | $42,600.80 | | $853,860.43 |
| 06/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $430.96 | $853,429.47 |
| | | | **TOTALS:** | | $853,860.43 | $430.96 | $853,429.47 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $853,860.43 | $430.96 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $853,860.43 | $430.96 | |

| For the period of 07/01/2015 to 06/30/2016 | | For the entire history of the account between 06/22/2016 to 6/30/2016 | |
|---|---|---|---|
| Total Compensable Receipts: | $853,860.43 | Total Compensable Receipts: | $853,860.43 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $853,860.43 | Total Comp/Non Comp Receipts: | $853,860.43 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $430.96 | Total Compensable Disbursements: | $430.96 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $430.96 | Total Comp/Non Comp Disbursements: | $430.96 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 2

| Case No. | 16-59430 | Trustee Name: | Martha A. Miller |
|---|---|---|---|
| Case Name: | THE STRAUS FAMILY LIMITED PARTNERSHIP | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***9014 | Checking Acct #: | ******9430 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 07/01/2015 | Blanket bond (per case limit): | $42,250,000.00 |
| For Period Ending: | 06/30/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | $853,860.43 | $430.96 | $853,429.47 |

**For the period of 07/01/2015 to 06/30/2016**

| | |
|---|---|
| Total Compensable Receipts: | $853,860.43 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $853,860.43 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $430.96 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $430.96 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 06/22/2016 to 6/30/2016**

| | |
|---|---|
| Total Compensable Receipts: | $853,860.43 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $853,860.43 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $430.96 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $430.96 |
| Total Internal/Transfer Disbursements: | $0.00 |