UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| In re: | § | Case No. 16-59430-CRM |
|---|---|---|
| | § | |
| STRAUS FAMILY LIMITED PARTNERSHIP | § § § § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Martha A. Miller, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned:<br>*(without deducting any secured claims)* | $0.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $755,453.32 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $98,682.52 | | |

3) Total gross receipts of $854,135.84 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $854,135.84 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $98,682.52 | $98,682.52 | $98,682.52 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $2,770,221.60 | $1,169,068.82 | $1,169,068.82 | $755,453.32 |
| **Total Disbursements** | $2,770,221.60 | $1,267,751.34 | $1,267,751.34 | $854,135.84 |

4). This case was originally filed under chapter 7 on 06/01/2016. The case was pending for 14 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/14/2017                    By:   /s/ Martha A. Miller
                                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Bishop, Rosen & Co Brokerage 0884 | 1129-000 | $811,534.82 |
| Regions Bank Savings 7072 | 1129-000 | $42,600.80 |
| Interest earned on returned disbursement | 1290-000 | $0.22 |
| **TOTAL GROSS RECEIPTS** | | **$854,135.84** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS
NONE

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Martha A. Miller, Trustee | 2100-000 | NA | $45,956.78 | $45,956.78 | $45,956.78 |
| Martha A. Miller, Trustee | 2200-000 | NA | $279.77 | $279.77 | $279.77 |
| Integrity Bank | 2600-000 | NA | $12,524.77 | $12,524.77 | $12,524.77 |
| Clerk, United States Bankruptcy Court | 2700-000 | NA | $350.00 | $350.00 | $350.00 |
| Martha A. Miller, P.C., Attorney for Trustee | 3110-000 | NA | $2,550.00 | $2,550.00 | $2,550.00 |
| Schulten Ward Turner & Weiss LLP, Attorney for Trustee | 3110-000 | NA | $25,999.50 | $25,999.50 | $25,999.50 |
| Martha A. Miller, P.C., Attorney for Trustee | 3120-000 | NA | $48.75 | $48.75 | $48.75 |
| Schulten Ward Turner & Weiss LLP, Attorney for Trustee | 3120-000 | NA | $297.83 | $297.83 | $297.83 |
| Stonebridge Accounting and Forensics, LLC, Accountant for Trustee | 3410-000 | NA | $10,522.50 | $10,522.50 | $10,522.50 |
| Stonebridge Accounting and Forensics, LLC, | 3420-000 | NA | $152.62 | $152.62 | $152.62 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Accountant for Trustee | | | | | | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | NA | $98,682.52 | $98,682.52 | $98,682.52 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Georgia Department of Revenue | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Internal Revenue Service | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Internal Revenue Service | 7100-000 | $0.00 | $100.00 | $100.00 | $0.00 |
| 2 | Renasant Bank | 7100-000 | $0.00 | $1,168,968.82 | $1,168,968.82 | $755,388.48 |
| | Renasant Bank (Claim No. 2; Renasant Bank) | 7100-000 | $0.00 | $0.00 | $0.00 | $64.84 |
| | Dr. and Mrs. Barry N. Straus | 7100-000 | $57,283.90 | $0.00 | $0.00 | $0.00 |
| | Renasant Bank c/o Hawick Westfall & Kaplan, LLP | 7100-000 | $2,712,937.70 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $2,770,221.60 | $1,169,068.82 | $1,169,068.82 | $755,453.32 |

**UST Form 101-7-TDR (10/1/2010)**

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 1    Exhibit 8

| Case No.: | 16-59430-CRM | | Trustee Name: | Martha A. Miller |
| Case Name: | THE STRAUS FAMILY LIMITED PARTNERSHIP | | Date Filed (f) or Converted (c): | 06/01/2016 (f) |
| For the Period Ending: | 9/14/2017 | | §341(a) Meeting Date: | 07/11/2016 |
| | | | Claims Bar Date: | 09/20/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  Regions Bank Savings 7072 | $42,600.80 | $42,600.80 | | $42,600.80 | FA |
| 2  Bishop, Rosen & Co Brokerage 0884 | $810,169.63 | $810,169.63 | | $811,534.82 | FA |
| 3  Interest earned on returned disbursement (u) | $0.22 | $0.22 | | $0.22 | FA |
| **TOTALS (Excluding unknown value)** | $852,770.65 | $852,770.65 | | $854,135.84 | **Gross Value of Remaining Assets** $0.00 |

**Major Activities affecting case closing:**

| 06/08/2017 | Fee Hearings |
| 10/14/2016 | Awaiting document production from Regions Bk.  due 10/26/16. |
| 07/21/2016 | Trustee to take 2004 of Debtor - granted by Order at Doc 26 |
| 06/30/2016 | Discovery investigation ongoing |

Initial Projected Date Of Final Report (TFR): 06/01/2017    Current Projected Date Of Final Report (TFR): 04/01/2017

/s/ MARTHA A. MILLER
MARTHA A. MILLER

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1    Exhibit 9

| Case No. | 16-59430-CRM | Trustee Name: | Martha A. Miller |
| Case Name: | THE STRAUS FAMILY LIMITED PARTNERSHIP | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***9014 | Checking Acct #: | ******9430 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 6/1/2016 | Blanket bond (per case limit): | $40,160,000.00 |
| For Period Ending: | 9/14/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/23/2016 | (2) | National Financial Services, LLC | Receipt of brokerage account proceeds in Bishop Rosen & Co., Inc. | 1129-000 | $811,259.63 | | $811,259.63 |
| 06/24/2016 | (1) | Regions Bank | Turnover of Checking Account ending 7072 | 1129-000 | $42,600.80 | | $853,860.43 |
| 06/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $430.96 | $853,429.47 |
| 07/29/2016 | (2) | Bishop & Rosen & Co. | Additional sum from brokerage account after settlement after closing account | 1129-000 | $275.19 | | $853,704.66 |
| 07/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1,376.97 | $852,327.69 |
| 08/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1,374.74 | $850,952.95 |
| 09/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1,328.26 | $849,624.69 |
| 10/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1,370.39 | $848,254.30 |
| 11/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1,324.05 | $846,930.25 |
| 12/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1,366.04 | $845,564.21 |
| 01/17/2017 | 101 | Martha Miller | International Sureties, Ltd. Bond #016027955, Liberty Mutual Ins. Co. Paid by Check #0994 01.11.17 | 2300-000 | | $267.29 | $845,296.92 |
| 01/18/2017 | 101 | VOID: Martha Miller | Created inadvertently through bond allocation procedure | 2300-003 | | ($267.29) | $845,564.21 |
| 01/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1,363.84 | $844,200.37 |
| 02/28/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1,229.87 | $842,970.50 |
| 03/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1,359.65 | $841,610.85 |
| 06/22/2017 | | Martha A. Miller | Payment of Trustee compensation per Order entered 6/22/17 (Dkt #51) | 2100-000 | | $45,956.78 | $795,654.07 |
| 06/22/2017 | | Martha A. Miller | Reversal of payment of Trustee compensation per Order entered 6/22/17 (Dkt #51) | 2100-000 | | ($45,956.78) | $841,610.85 |
| 06/22/2017 | 102 | Martha A. Miller | Payment of Trustee expenses per Order entered 6/22/17 (Dkt #51) | 2200-000 | | $279.77 | $841,331.08 |
| 06/22/2017 | 103 | Schulten Ward Turner & Weiss LLP | Payment of Attorney fees per Order entered 6/22/17 (Dkt #51) | 3110-000 | | $25,999.50 | $815,331.58 |
| 06/22/2017 | 104 | Schulten Ward Turner & Weiss LLP | Payment of Attorney expenses per Order entered 6/22/17 (Dkt #51) | 3120-000 | | $297.83 | $815,033.75 |
| | | | | SUBTOTALS | $854,135.62 | $39,101.87 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 2    Exhibit 9

| Case No.: | 16-59430-CRM | Trustee Name: | Martha A. Miller |
|---|---|---|---|
| Case Name: | THE STRAUS FAMILY LIMITED PARTNERSHIP | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***9014 | Checking Acct #: | ******9430 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 6/1/2016 | Blanket bond (per case limit): | $40,160,000.00 |
| For Period Ending: | 9/14/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/22/2017 | 105 | Stonebridge Accounting and Forensics, LLC | Payment of Accountant fees per Order entered 6/22/17 (Dkt #51) | 3410-000 | | $10,522.50 | $804,511.25 |
| 06/22/2017 | 106 | Stonebridge Accounting and Forensics, LLC | Payment of Accountant expenses per Order entered 6/22/17 (Dkt #51) | 3420-000 | | $152.62 | $804,358.63 |
| 06/22/2017 | 107 | Internal Revenue Service | Dividend payment to Claim #1 at 64.6% | 7100-000 | | $64.62 | $804,294.01 |
| 06/22/2017 | 108 | Renasant Bank | Dividend payment to Claim #2 at 64.6% | 7100-000 | | $755,388.48 | $48,905.53 |
| 06/22/2017 | 109 | Martha A. Miller | Payment of Trustee fees per Order entered 6/22/17 (Dkt #51) | 2100-000 | | $45,956.78 | $2,948.75 |
| 06/22/2017 | 110 | Clerk, United States Bankruptcy Court | Payment of Administrative Claim per Order entered 6/22/17 (Dkt #51) | 2700-000 | | $350.00 | $2,598.75 |
| 06/22/2017 | 111 | Martha A. Miller, P.C. | Payment of Attorney fees per Order entered 6/22/17 (Dkt #51) | 3110-000 | | $2,550.00 | $48.75 |
| 06/22/2017 | 112 | Martha A. Miller, P.C. | Payment of Attorney expenses per Order entered 6/22/17 (Dkt #51) | 3120-000 | | $48.75 | $0.00 |
| 08/14/2017 | | United States Treasury | Refund on claim paid to IRS | * | | ($64.84) | $64.84 |
| | | | | 7100-000 | $64.62 | | $64.84 |
| | {3} | | Earned interest in amount of $0.22 from returned distribution to IRS (Claim #1) in amount of $64.62 | 1290-000 | $0.22 | | $64.84 |
| 08/17/2017 | 113 | Renasant Bank | IRS returned payment issued to it as per its POC plus $.22, presumably interest. I called the IRS and couldn't get a reason for the difference. Disbursement approved by Court Order of 8/15/17 (Dkt. 54) | 7100-000 | | $64.84 | $0.00 |

SUBTOTALS    $0.00    $815,033.75

Page No: 3     Exhibit 9

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No. | 16-59430-CRM |
| Case Name: | THE STRAUS FAMILY LIMITED PARTNERSHIP |
| Primary Taxpayer ID #: | **-***9014 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 6/1/2016 |
| For Period Ending: | 9/14/2017 |

| | |
|---|---|
| Trustee Name: | Martha A. Miller |
| Bank Name: | Integrity Bank |
| Checking Acct #: | ******9430 |
| Account Title: | |
| Blanket bond (per case limit): | $40,160,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | |
|---|---|---|---|---|
| | TOTALS: | $854,135.62 | $854,135.62 | $0.00 |
| | Less: Bank transfers/CDs | $0.00 | $0.00 | |
| | Subtotal | $854,135.62 | $854,135.62 | |
| | Less: Payments to debtors | $0.00 | $0.00 | |
| | Net | $854,135.62 | $854,135.62 | |

For the period of **6/1/2016** to **9/14/2017**

| | |
|---|---|
| Total Compensable Receipts: | $854,135.84 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $854,135.84 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $854,135.84 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $854,135.84 |
| Total Internal/Transfer Disbursements: | $0.00 |

For the entire history of the account between **06/22/2016** to **9/14/2017**

| | |
|---|---|
| Total Compensable Receipts: | $854,135.84 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $854,135.84 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $854,135.84 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $854,135.84 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 4  Exhibit 9

| Case No. | 16-59430-CRM | | Trustee Name: | Martha A. Miller |
|---|---|---|---|---|
| Case Name: | THE STRAUS FAMILY LIMITED PARTNERSHIP | | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***9014 | | Checking Acct #: | ******9430 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 6/1/2016 | | Blanket bond (per case limit): | $40,160,000.00 |
| For Period Ending: | 9/14/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $854,135.62 | $854,135.62 | $0.00 |

For the period of 6/1/2016 to 9/14/2017

| | |
|---|---:|
| Total Compensable Receipts: | $854,135.84 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $854,135.84 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $854,135.84 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $854,135.84 |
| Total Internal/Transfer Disbursements: | $0.00 |

For the entire history of the case between 06/01/2016 to 9/14/2017

| | |
|---|---:|
| Total Compensable Receipts: | $854,135.84 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $854,135.84 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $854,135.84 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $854,135.84 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ MARTHA A. MILLER

MARTHA A. MILLER